**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **COVERALL NORTH AMERICA, INC.,**<br><br>  Petitioner,<br><br>vs.<br><br>**WANOR DE CARVALHO,**<br><br>  Respondent. | Civil Action No. 05-11873 (MLW) |

**RULE 7.1(A) STATEMENT OF COVERALL NORTH AMERICA, INC.**

Coverall North America, Inc. ("Coverall") has no parent corporation, and no publicly held corporation owns 10% or more of Coverall's stock.

          **COVERALL NORTH AMERICA, INC.**,

          By its attorneys,

          /s/ Michael D. Vhay
          Michael D. Vhay (BBO #566444)
          Traci S. Feit (BBO# 660688)
          DLA PIPER RUDNICK GRAY CARY US LLP
          One International Place, 21st Floor
          100 Oliver Street
          Boston, MA  02110-2600
          (617) 406-6000 (*telephone*)
          (617) 406-6100 (*fax*)

Dated:  September 23, 2005