## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

COVERALL NORTH AMERICA, INC.,                )
                                             )
                          Petitioner,        )
                                             )        Civil Action No.
                   v.                        )        05-11873
                                             )
WANOR DE CARVALHO,                           )
                          Respondent.        )
_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned

action stipulate that the above-captioned action is hereby dismissed with

prejudice.  The parties waive all rights of appeal and agree that they shall bear

their own costs.

Respectfully submitted,

COVERALL NORTH AMERICA, INC.,     EDINEI MACHADO, et al.

By its attorneys,                 By their attorneys,


__s/ Michael D. Vhay_____      __s/ Shannon Liss-Riordan_____
Michael D. Vhay, BBO #566444      Shannon Liss-Riordan, BBO #640716
Lisa S. Core BBO #658709          Hillary Schwab, BBO #666029
DLA PIPER US LLP                  PYLE, ROME, LICHTEN, EHRENBERG &
33 Arch Street, 26th Floor            LISS-RIORDAN, P.C.
Boston, MA  02110-1447            18 Tremont Street, 5th Floor
(617) 406-6000                    Boston, MA  02108
                                  (617) 367-7200
Norman M. Leon
DLA PIPER CARY US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
(312) 368-4000


Dated: December 18, 2006